UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

ROSEANN B. MACKECHNIE
    CLERK

FILED
2003 NOV 19 P 3:09

DC Initial: CT/NHCT
DC DKT#: 02-CV-1982
DC Judge: SQUATRITO

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 14th day of November two thousand three.

Blakeslee Arpaia

v.

Whiting-Turner



Docket No. 03-7997

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is ordered that the appeal from the order of August 29, 2003 United States District Court for the District of New Haven Connecticut be and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: *Tammy Martinez*
Tammy Martinez
Deputy Clerk, USCA

A TRUE COPY
Roseann B. MacKechnie, CLERK

by *Tammy Martinez*
DEPUTY CLERK

CERTIFIED: 11/14/03